AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

WILLIE LEE JEFFERSON,

      Petitioner,       JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:02-cv-00023-PMP-VPC**

MIKE BUDGE, et al.,

      Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is DENIED.

  _March 19, 2008_                      **LANCE S. WILSON**
                                                      Clerk

                                                   _/s/ Kalani Lizares_
                                                    Deputy Clerk